◎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

PATRICIA ZALES AND PETER ZALES

                Plaintiff (s),

V.

SIMON PROPERTY GROUP, INC. et al.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:18-cv-06403-RS

Notice is hereby given that, subject to approval by the court, __Simon Property Group, Inc.__ substitutes
                                                                                  (Party (s) Name)

David V. Roth, State Bar No. 194648 as counsel of record in
(Name of New Attorney)

place of  Ryan D. Fischbach
                                  (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:           Manning & Kass, Ellrod, Ramirez, Trester LLP
    Address:              One California Street, Suite 900, San Francisco, CA 94111
    Telephone:         (415) 217-6990          Facsimile  (415) 217-6999
    E-Mail (Optional):    dvr@manningllp.com

I consent to the above substitution.
Date: 2/5/19

Simon Property Group, Inc.
_____
(Signature of Party (s))

I consent to being substituted.
Date: 2/5/19

Ryan D. Fischbach, Baker & Hostetler LLP
_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/5/19

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]