AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

PATRICIA ZALES AND PETER ZALES

                 Plaintiff (s),

V.

SIMON PROPERTY GROUP, INC. et al.

                 Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:18-cv-06403-RS

Notice is hereby given that, subject to approval by the court, __Simon Property Group, Inc.__ (Party (s) Name) substitutes __David V. Roth__ (Name of New Attorney), State Bar No. __194648__ as counsel of record in place of __Ryan D. Fischbach__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: Manning & Kass, Ellrod, Ramirez, Trester LLP
    Address: One California Street, Suite 900, San Francisco, CA 94111
    Telephone: (415) 217-6990   Facsimile (415) 217-6999
    E-Mail (Optional): dvr@manningllp.com

I consent to the above substitution.
Date: 2/5/19

Simon Property Group, Inc.
_(Signature of Party (s))_

I consent to being substituted.
Date: 2/5/19

Ryan D. Fischbach, Baker & Hostetler LLP
_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 2/5/19

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/21/19

_Judge_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]