Lew Van Blois, Esq. (SBN 38912)
Michael Gatto, Esq. (SBN 196474)
VAN BLOIS & ASSOCIATES
7677 Oakport Street, Suite 565
Oakland, CA 94621
Telephone: (510) 635-1284
Facsimile: (510) 635-1516

STEVEN L. DERBY, Esq. (SBN 148372)
DERBY, McGUINNESS & GOLDSMITH, LLP
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 987-8778 (tel)
(510) 359-4419 (fax)
info@dmglawfirm.com

Attorneys for Plaintiff
PATRICIA AND PETER ZALES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ZALES and PETER ZALES,<br><br>Plaintiff,<br><br>v.<br><br>SIMON PROPERTY GROUP, INC., a Delaware Corporation; SPG CENTER, LLC; MACY'S CALIFORNIA, INC., a Delaware Corporation, MACY'S WEST STORES, INC. and DOES 1-100, Inclusive,<br><br>Defendants. | CASE NO.: 3:18-cv-06403-NC<br><br>Civil Rights<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION PURSUANT TO LOCAL RULE 7-11 TO COMPEL SITE INSPECTION AND TO EXTEND DEADLINE FOR SITE INSPECTION |

Plaintiffs' motion for administrative relief from General Order 56 is hereby GRANTED for good cause shown. Defendants are hereby ordered to provide no less than three dates in the next thirty days for as joint site inspection. These dates should be provided within seven (7) days from the date of this order.

FURTHER, good cause appearing, the deadline to hold a joint inspection is hereby extended to May 10, 2019                .

**IT IS SO ORDERED**.

Dated: 4/3        , 2019

_____
Honorable Richard Seeborg
U.S. District Court Judge