UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA ZALES, et al.,

　　　　Plaintiffs,

　　v.

SIMON PROPERTY GROUP, INC., et al.,

　　　　Defendants.

Case No. 18-cv-06403-RS

**ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Patricia Zales seeks partial summary judgment on her claim that defendants have violated the Americans with Disabilities Act ("ADA"). Defendants filed no response to the motion and at the hearing stated they do not oppose it being granted.

To recover on a claim for discrimination under the ADA, a plaintiff must prove (1) she is disabled within the meaning of the statute, (2) defendants are private entities that own, lease or operate a place of public accommodation, and (3) plaintiff was denied access to a public accommodation by the defendant because of his or her disability. *Arizona ex rel. Goddard v. Harkins Amusement Enters., Inc.*, 603 F.3d 666, 670 (9th Cir.2010). Zales has adequately shown there is no triable issue of fact that she has satisfied each of these elements, and defendants have offered no rebuttal. The motion is therefore granted as to liability. Remedy issues, including the scope and timing of any remediation, remain to be adjudicated. The parties are directed to continue working in good faith to resolve those matters.

1   **IT IS SO ORDERED**.

3   Dated: October 23, 2020

RICHARD SEEBORG
United States District Judge