1  Lew Van Blois, Esq. (SBN 38912)
   Michael Gatto, Esq. (SBN 196474)
2  VAN BLOIS & ASSOCIATES
   7677 Oakport Street, Suite 565
3  Oakland, CA 94621
   Telephone: (510) 635-1284
4  Facsimile: (510) 635-1516

5  Steven L. Derby, Esq. (SBN 148372)
   Anthony E. Goldsmith, Esq. (SBN 125621)
6  DERBY McGUINNESS & GOLDSMITH LLP
   300 Lakeside Drive, Suite 1000
7  Oakland, CA  94612
   Telephone: (510) 987-8778
8  Facsimile: (510) 359-4419
   Email: info@dmglawfirm.com
9
   Attorney for Plaintiffs
10 PATRICIA AND PETER ZALES

11                **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13

14  | | |
|---|---|
| PATRICIA ZALES AND PETER ZALES | CASE NO. 18-cv-06403-RS |
| Plaintiffs, | Hon. Richard Seeborg |
| v. | Civil Rights |
| SIMON PROPERTY GROUP, INC. a Delaware Corporation; SPG CENTER, LLC; MACY'S CALIFORNIA, INC. a Delaware Corporation, MACY'S WEST STORES, INC. and DOES 1-100, Inclusive, | **NOTICE OF LODGING EX. A TO PLAINTIFF'S SECOND AMENDED COMPLAINT [DOCKET 78]** |
| Defendants. | |

26     TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

27     PLEASE TAKE NOTICE THAT Plaintiff Patricia Zales hereby lodges 217 page Access

28 Compliance Evaluation Survey and Report as Ex. A to Plaintiffs Second Amended Complaint.

                                              1
             NOTICE OF LODGING EX. A TO PLAINTIFF SECOND AMENDED COMPLAINT

1 | Docket 78.

3 | Dated February 10, 2021          DERBY, McGUINNESS & GOLDSMITH, LLP

5 | By: /s/ Steven L. Derby
            STEVEN L. DERBY, ESQ.
            Attorney for Plaintiffs