1  CELIA McGUINNESS, Esq. (SBN 159420)
   STEVEN L. DERBY, Esq. (SBN 148372)
2  DERBY, McGUINNESS & GOLDSMITH, LLP
   1999 Harrison Street, Suite 1800
3  Oakland, CA 94612
   Telephone:  (510) 987-8778
4  Facsimile:  (510) 359-4419
   info@dmglawfirm.com
5
   Attorneys for Plaintiff
6  PATRICIA and PETER ZALES

7
                IN THE UNITED STATES DISTRICT COURT
8             IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  PATRICIA ZALES AND PETER            CASE NO. 18-cv-06403-RS
    ZALES,
11                                      Hon. Richard Seeborg
            Plaintiff,
12                                      Civil Rights
    v.
13                                      **CONSENT DECREE AND ORDER**
    SIMON PROPERTY GROUP, INC. a
14  Delaware Corporation; SPG CENTER,
    LLC; MACY'S CALIFORNIA, INC. a
15  Delaware Corporation, MACY'S WEST
    STORES, INC. and DOES 1-100,
16  Inclusive,

17          Defendants.

18

19          Plaintiffs PATRICIA ZALES AND PETER ZALES filed a Complaint in this action on

20  October 19, 2018 to enforce provisions of the Americans with Disabilities Act of 1990

21  ("ADA"), 42 U.S.C. §§ 12101 *et seq.*, and California civil rights laws, and to obtain recovery

22  of damages for personal injury, discriminatory experiences, denial of access, and denial of

23  civil rights against Defendants SIMON PROPERTY GROUP, INC. a Delaware Corporation;

24  SPG CENTER, LLC; MACY'S CALIFORNIA, INC. a Delaware Corporation, MACY'S

25  WEST STORES, INC. relating to disability discrimination at Defendants' public

26  accommodations as of October 19, 2018, and continuing to present. Plaintiff PATRICIA

27  ZALES also brought claims for negligence related to the fall she sustained as a result of

28  Defendants' failure to comply with disability access laws and PETER ZALES brought a claim

---

1  for loss of consortium related to the same fall.  Plaintiffs alleged that Defendants violated

2  Titles III of the ADA and sections 51, 54, 54.1of the California Civil Code by creating and/or

3  failing to remove physical barriers to disability access at the Macy's Department Store and

4  surrounding common areas at 300 Stanford Shopping Center, Palo Alto, California (hereinafter

5  "the property" or "the Store").  On May 29, 2020, Plaintiffs and Defendants entered into a

6  settlement regarding all claims for damages and stipulated to Plaintiffs filing a Second

7  Amended Complaint addressing only the barriers that exist to be remediated. Without agreeing

8  to the truth of any of Plaintiffs' allegations as set forth above or in the operative Second

9  Amended Complaint, which allegations Defendants expressly deny, the Parties to this Consent

10  Decree agree that it is in their best interests, and Plaintiffs believe it is in the public interest, to

11  fully and finally resolve this matter on mutually agreeable terms without resort to protracted

12  litigation. Therefore, Plaintiffs and the undersigned Defendants hereby agree and stipulate to

13  the following Consent Decree, which the Court will retain jurisdiction to enforce for forty-

14  eight (48) months after the date it is signed.

15      WHEREFORE, the Parties to this Consent Decree hereby agree and stipulate to the

16  Court's entry of this Consent Decree and Order, which provide as follows:

17  **JURISDICTION AND VENUE:**

18      1.    The Court has jurisdiction of this matter pursuant to 28 U.S.C. sections

19  1331and 1343, and 28 U.S.C. section 1367(a) for supplemental jurisdiction over attendant and

20  related causes of action arising from the same nucleus of facts. Venue is appropriate in this

21  District pursuant to 28 U.S.C. §1391.

22      2.    This Order shall be a full, complete, and final disposition and settlement of

23  Plaintiff's claims against Defendants SIMON PROPERTY GROUP, INC. a Delaware

24  Corporation; SPG CENTER, LLC; MACY'S CALIFORNIA, INC. a Delaware Corporation,

25  MACY'S WEST STORES, INC.

26  **INJUNCTIVE RELIEF:**

27      3.    Defendants will remediate all violations of federal and California regulation

28

1   identified by CASp Gary Waters from the site visit July 26, 2019 listed in the remediation
2   chart attached hereto as Exhibit A, except item 27 of the report.

3       4.    In the Men's Restroom near the Administrative Offices on the second floor,
4   where Defendants have altered some facilities (*e.g.*, moved the diaper changing station, moved
5   the lavatory), Defendants will conduct a Certified Access Specialist ("CASp") inspection
6   using Pacific Access Consulting, LLP., or another CASp approved by Plaintiff in advance, and
7   remediate all barriers identified in that inspection.

8       5.    Remediation shall be performed in strict compliance with both the Americans
9   with Disabilities Act Standards 2010 ("ADAS") and the California Building Code ("CBC").
10  Where the codes diverge, remediation will be performed according to which code is more
11  stringent for a given element.

12      6.    Remediation will be completed within two years of the Court's signature on the
13  Consent Decree.

14      7.    Within 21 days of completing remediation Defendants will provide Plaintiffs
15  with a CASp report certifying that remediation is complete, produced by Pacific Access
16  Consulting, LLP., or another Certified Access Specialist ("CASp") approved by Plaintiff in
17  advance.

18      8.    Defendants shall maintain the accessible features in compliance with ADAS
19  and the CBC.

20  **MEET AND CONFER REQUIREMENT:**

21      9.    Before seeking enforcement of any provision of this Consent Decree, Plaintiff
22  will provide written notice to Defendant through the undersigned counsel and the parties will
23  meet and confer for not less than forty-five (45) days thereafter before filing any enforcement
24  motion.

25  **DAMAGES AND ATTORNEY FEES:**

26      10.    Within 14 days of Plaintiff's signature on this Consent Decree, Defendants
27  shall pay $50,000.00 (fifty thousand dollars and zero cents) in full compensation of Plaintiffs'

28

1  attorney fees, litigation expenses and costs.  Payment shall be made by one check payable to

2  "Derby, McGuinness & Goldsmith, LLP" and shall be due in the office of Derby, McGuinness

3  & Goldsmith, 501 West Broadway, Suite 800, San Diego, CA 92101, by close of business on

4  October 13, 2021.

5  **ENTIRE CONSENT DECREE AND ORDER:**

6       11.    This Consent Decree and Order constitutes the entire agreement between the

7  signing Parties on the matters of injunctive relief, and no other statement, promise, or

8  agreement, either written or oral, made by any of the Parties or agents of any of the Parties that

9  is not contained in this written Consent Decree and Order, shall be enforceable regarding the

10  matters of injunctive relief described herein.

11  **MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542:**

12       12.    Each of the Parties to this Consent Decree and Order understands and agrees

13  that there is a risk and possibility that, subsequent to the execution of this Consent Decree and

14  Order, any or all of them will incur, suffer, or experience some further loss or damage with

15  respect to the lawsuit that is unknown or unanticipated at the time this Consent Decree and

16  Order is signed.  Except for all obligations required in this Consent Decree and Order, the

17  Parties intend that this Consent Decree and Order apply to all such further loss with respect to

18  the lawsuit, except those caused by the Parties subsequent to the execution of this Consent

19  Decree and Order. Therefore, except for all obligations required in this Consent Decree and

20  Order, this Consent Decree and Order shall apply to and cover any and all claims, demands,

21  actions, and causes of action by the Parties to this Consent Decree with respect to the lawsuit,

22  whether the same are known, unknown, or hereafter discovered or ascertained, and the

23  provisions of Section 1542 of the California Civil Code are hereby expressly waived. Section

24  1542 provides as follows:

25      A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS
    THAT THE CREDITOR OR RELEASING PARTY DOES NOT

26      KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT
    THE TIME OF EXECUTING THE RELEASE, AND THAT IF

27      KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY

28

1  AFFECTED HIS SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

2  13.  Except for all obligations required in this Consent Decree and Order, each of

3  the Parties to this Consent Decree and Order, on behalf of each, their respective agents,

4  representatives, predecessors, successors, heirs, partners, and assigns, releases and forever

5  discharges each other Party and all officers, directors, shareholders, subsidiaries, joint

6  venturers, stockholders, partners, parent companies, employees, agents, attorneys, insurance

7  carriers, heirs, predecessors, and representatives of each other Party, from all claims, demands,

8  actions, and causes of action of whatever kind or nature, presently known or unknown, arising

9  out of the lawsuit.

10  14.  If any provision of this Consent Decree is held by a court of competent jurisdiction

11  to be void, voidable, unlawful or unenforceable for any reason, in whole or in part, the remaining

12  portions of this Consent Decree will nevertheless continue with full force and effect, and the

13  Parties agree a court of competent jurisdiction will have jurisdiction to reform such provision(s) to

14  the extent necessary to cause it to give maximum legal effect to the intention of the Parties as

15  expressed herein and the Parties agree to be bound by such reformation.

16  15.  The Parties acknowledge that their respective attorneys have reviewed and drafted

17  this Consent Decree, and the normal rule of construction to the effect that any ambiguities are to

18  be resolved against the drafting Party shall not be employed in the interpretation of this Consent

19  Decree.

20  16.  This Consent Decree may be executed in counterparts, including electronic

21  signatures and electronic copies such as PDFs, which, when counterparts have been executed by

22  the Parties, shall constitute this Consent Decree.

23  17.  The individuals signing this Consent Decree represent that they are authorized to

24  bind their respective Party to this Consent Decree.

25  **END OF PAGE.**
26  **SIGNATURES CONTINUE ON THE NEXT PAGE AND ORDER IS AT THE END OF THE DOCUMENT.**

27

28

1    Dated: _9/22/21_, 2020          PLAINTIFF PATRICIA ZALES

2                                    _Patricia Zales_

3    Dated: _9/22/21_, 2020          PLAINTIFF PETER ZALES

4

5                                    _____

6

7    Dated: _____, 2020         SPG CENTER, LLC

8                                    By: _____

9                                    Print name: _____

10                                   Title: _____

11

12   Dated: _____, 2020         SIMON PROPERTY GROUP, INC.

13                                   By: _____

14                                   Print name: _____

15                                   Title: _____

16

17   APPROVED AS TO FORM:

18

19   Dated: __9/23/2021__, 2020      DERBY, McGUINNESS & GOLDSMITH, LLP

20

21                                   _____

22                                   CELIA McGUINNESS
                                     Counsel for Plaintiffs Patricia and Peter Zales

23

24   Dated: _____, 2019         MANNING & KASS

25

26                                   _____
                                     DAVID V. ROTH
27                                   Counsel for Defendants

Dated: _____, 2020          PLAINTIFF PATRICIA ZALES

                                    _____

Dated: _____, 2020          PLAINTIFF PETER ZALES

                                    _____

Dated: _10/22_, ~~2020~~ 2021       SPG CENTER, LLC

                                    By: _____

                                    Print name: _____

                                    Title: _____

Dated: _10/22_, ~~2020~~ 2021       SIMON PROPERTY GROUP, INC.

                                    By: _____

                                    Print name: _____

                                    Title: _____

APPROVED AS TO FORM:

Dated: _10/22/2021_, 2020           DERBY, McGUINNESS & GOLDSMITH, LLP

                                    _____
                                    CELIA McGUINNESS
                                    Counsel for Plaintiffs Patricia and Peter Zales

Dated: _10/22_, ~~2019~~ 2021       MANNING & KASS

                                    _____
                                    DAVID V. ROTH
                                    Counsel for Defendants

- 6 -
CONSENT DECREE

1

**ORDER**

2         Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO

3  ORDERED.

4

5

6  DATED:  October 26, 2021

7                   Honorable    Richard    Seeborg

8                   Chief    U.S.    District    Court
                       Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# Zales v. Simon Properties Group, Inc. Remediation Chart

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| **Approach to Macy's From Adjacent Parking Structure** | | | | | | | |
| **Cross Walk CW1** | | | | | | | |
| 2 | Cross Walk – Change in Level | Do changes in level not exceed 1/4" vertical and 1/2" overall beveled at 1:2? | 11B-403.4 | 11B-403.4 | 4.5.2 | 403.4 | **Barrier:** There is a utility box lid that is above the adjacent walk surface with a vertical change in level greater than 1/2". **Barrier Removal:** Modify the surrounding pavement as necessary to eliminate or provide a compliant change in level and maintain compliant slope and cross slope. **Photos: 6102 thru 6104** |
| **Walk W1 – Approach Entry Doors to Macy's** | | | | | | | |
| 3 | Walk – Cross Slope | Is the walk cross slope not more than 1:48? | 11B-403.3 | 11B-403.3 | 4.3.7 | 403.3 | **Barrier:** The cross slope exceeds 1:48 as indicated in the referenced photos. **Barrier Removal:** Modify or replace the walk as necessary to provide a compliant cross slope not more than 1:48. **Photos: 6113 thru 6126; 6133 thru 6167** |
| 4 | Walk - Openings | Are opening in the walk surface sized to not allow a sphere greater than 1/2" in diameter pass through? | 11B-302.2 | 11B-302.3 | 4.5.4 | 302.3 | **Barrier:** At certain joints between walk surfaces there are opening that allow the passage of a sphere greater than 1/2" diameter. **Barrier Removal:** Install/maintain sealant at the joints to create a flush or near flush transition between walk surfaces. **Photos: 6127 thru 6130; 6135 thru 6139** |
| 5 | Walk - Openings | Are opening in the walk surface sized to not allow a sphere greater than 1/2" in diameter pass through? | 11B-302.2 | 11B-302.3 | 4.5.4 | 302.3 | **Barrier:** Concrete walk surface is damaged as indicated in the referenced photos allowing a sphere greater than 1/2" diameter to pass through. **Barrier Removal:** Patch or replace the walk surface as required to maintain compliance. **Photos: 6166 thru 6172** |
| **Curb Ramp CR2** | | | | | | | |
| 6 | Curb Ramp – Ramp Slope | Is the slope of the ramp surface not more than 1:12 (8.3%)? | 11B-406.2.1 | 11B-406.2.1 | 4.8.2 | 405.2 | **Barrier:** The transition from the ramp surface to the gutter is not flush; there is a change in level of 1/2" vertical. **Barrier Removal:** Provide a flush transition from the ramp surface to the gutter. **Photos: 6085, 6096 thru 6099** |

**Walk W2 – Walk Along the Front of the Parking Structure Opposite Macy's**

| 7 | Walk – Cross Slope | Is the walk cross slope not more than 1:48? | 11B-403.3 | 11B-403.3 | 4.3.7 | 403.3 | **Barrier:**  The cross slope exceeds 1:48 as indicated in the referenced photos.<br><br>**Barrier Removal:**  Modify or replace the walk as necessary to provide a compliant cross slope not more than 1:48.<br><br>**Photos:  6191 & 6192, 6205 & 6206, 6210 thru 6215, 6219 thru 6230** |
|---|---|---|---|---|---|---|---|

**Walk W3 – Walk from Macy's Entry Doors at Location 1 to Entry Doors at Location 2**

| 11 | Walk – Cross Slope | Is the walk cross slope not more than 1:48? | 11B-403.3 | 11B-403.3 | 4.3.7 | 403.3 | **Barrier:**  The cross slope exceeds 1:48 as indicated in the referenced photos.<br><br>**Barrier Removal:**  Modify or replace the walk as necessary to provide a compliant cross slope not more than 1:48.<br><br>**Photos: 6284 & 6285** |
|---|---|---|---|---|---|---|---|

**Entry Doors to Macy's – Location 2**

| 12 | Entry Doors – Pull Side Maneuvering Space | Is the pull side maneuvering space provided measuring 60" from the face of the door in the closed position with a slope in any direction not more than 1:48? | 11B-404.2.4 | 11B-404.2.4 | 4.13.6 | 404.2.4 | **Barrier:** The slope at the pull side maneuvering space exceeds 1:48; measured up to 5.8%.<br><br>**Barrier Removal:** Remove and replace the walk surface as required to provide a compliant pull side maneuvering space at all pairs of entry doors at this location.<br><br>**Photos: 6288 thru 6295** |
|---|---|---|---|---|---|---|---|

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 13 | Entry Doors – Opening Force | Is the opening force at all door leafs other than the power operated door leaf not more than 5lbf? | 11B-404.2.9 Item 4 | 11B-404.2.9 Item 4 | NA | NA | **Barrier:** The opening force at door leafs exceeds 5lbf; measured up to 10lbf.<br><br>**Barrier Removal:** Provide a power dooroperator for one door leaf and adjust the other door leafs to have an opening force not more than 8.5lbf.<br><br>**Photos: 6302 thru 6304, 6309 thru 6313** |
| **Walk W4 – Walk from Macy's Entry Doors at Location 2 to Entry Doors at Location 3** | | | | | | | |
| 15 | Walk – Cross Slope | Is the walk cross slope not more than 1:48? | 11B-403.3 | 11B-403.3 | 4.3.7 | 403.3 | **Barrier:** The cross slope exceeds 1:48 as indicated in the referenced photos.<br><br>**Barrier Removal:** Modify or replace the walk as necessary to provide a compliant cross slope not more than 1:48.<br><br>**Photos: 6319 thru 6322** |
| **Entry Doors to Macy's – Location 3** | | | | | | | |
| 16 | Entry Doors – Pull Side Maneuvering Space | Is the pull side maneuvering space provided measuring 60" from the face of the door in the closed position with a slope in any direction not more than 1:48? | 11B-404.2.4 | 11B-404.2.4 | 4.13.6 | 404.2.4 | **Barrier:** The slope at the pull side maneuvering space exceeds 1:48; measured up to 3.6%.<br><br>**Barrier Removal:** Remove and replace the walk surface as required to provide a compliant pull side maneuvering space at all pairs of entry doors at this location.<br><br>**Photos: 6323 thru 6335** |
| 17 | Entry Doors – Opening Force | Is the opening force at all door leafs other than the power operated door leaf not more than 5lbf? | 11B-404.2.9 Item 4 | 11B-404.2.9 Item 4 | NA | NA | **Barrier:** The opening force at door leafs exceeds 5lb; measured up to 10lbf.<br><br>**Barrier Removal:** Provide a power dooroperator for one door leaf and adjust the other door leafs to have an opening force not more than 8.5lbf.<br><br>**Photos: 6336 thru 6342** |

| 18 | Entry Doors – Closing Speed | Is the closing speed of each door leaf not less than 5-seconds from an open position of 90-degrees to a point 12-degrees from the latch? | 11B-404.2.8.1 | 11B-404.2.8.1 | 4.13.10 | 404.2.8.1 | **Barrier:** The closing speed of door leafs is less than 5-seconds as indicated in the referenced photos; measured at 4.33 & 3.86-seconds at the middle pair of doors.<br><br>**Barrier Removal:** Adjust the door closer as required to provide a closing speed not less than 5-seconds.<br><br>**Photos: 6345 thru 6347** |

**Surface Parking Lot – Accessible Parking Spaces**

| 19 | Accessible Parking Spaces – Minimum Number | Is the minimum number of accessible parking spaces provided? | 11B-208.2 | 11B-208.2 | 4.1.2(5)(a) | 208.2 | **Barrier:** There are a total of 800 parking spaces in the parking lot. The minimum number of accessible parking spaces required is 2% of the total which equals 16 accessible parking spaces. A total of 12 accessible parking spaces are provided at this parking structure.<br><br>**Barrier Remove:** Reconfigure the parking as required to provide the minimum number of accessible spaces required and provide a compliant accessible route of travel to the shopping center.<br><br>**Photos: No Photo** |
| 20 | Accessible Parking Spaces – Minimum Number Van Spaces | Is the minimum number of van accessible parking spaces provided? | 11B-208.2.4 | 11B-208.2.4 | 4.1.2(5)(b) | 208.2.4 | **Barrier:** At least 2 van accessible parking spaces are required, only one van accessible space is provided.<br><br>**Barrier Removal:** Reconfigure the parking as required to provide the minimum number of accessible spaces required and provide a compliant accessible route of travel to the shopping center.<br><br>**Photos: No Photo** |

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| **Accessible Parking Spaces APS1 (VAN) & APS2 – Surface Parking Lot & Path of Travel to Shopping Center** | | | | | | | |
| 21 | Accessible Parking – Length of Spaces | Is the length of the accessible parking and access aisle not less than 18'-0"? | 11B-502.2 | 11B-502.2 | NA | NA | **Barrier:** The length of the accessible parking spaces and access aisle is less than 18'-0"; measured at 17'-10".<br><br>**Barrier Removal:** Restripe the accessible parking spaces and access aisle to provide a minimum length of 18'-0".<br><br>**Photos: 6351, 6357 & 6358** |
| 22 | Accessible Parking - Identification | Is the van accessible parking space identified by a post or wall mounted sign indicating "VAN ACCESSIBLE"? | 11B-502.6 | 11B-502.6 | 4.6.4 | 502.6 | **Barrier:** The access aisle is wide enough for the space to the left to be a van accessible space, however, the required signage indicating "VAN ACCESSIBLE" is not provided.<br><br>**Barrier Removal:** Provide the required additional signage indicating "VAN ACCESSIBLE" at the space to the left of the access aisle.<br><br>**Photos: 6352 &b6353** |
| 23 | Accessible Parking - Slope | Is the slope at the accessible spaces and access aisle not more than 1:48 in any direction? | 11B-502.4 | 11B-502.4 | 4.6.3 | 502.4 | **Barrier:** The slope at the accessible parking spaces and the access aisle exceeds 1:48; measured up to 3.8%.<br><br>**Barrier Removal:** Overlay or remove and replace the paving as required to provide a slope not more than 1:48 in any directions throughout the accessible parking spaces and the access aisle.<br><br>**Photos: 6360 thru 6371** |
| 24 | Accessible Parking – Detectable Warning | Are detectable warnings provided in the required locations? | 11B-247.1.2 | 11B-247.1.2 | 4.29 | 705 | **Barrier:** A detectable warning is located at the back of the access aisle. This is not a required location for a detectable warning and will provide a person with visual disabilities incorrect information about the location of safe and hazardous areas.<br><br>**Barrier Removal:** Remove the detectable warning at the back of the access aisle.<br><br>**Photos: 6354** |
| 25 | Island or Cut-Through Median – Detectable Warning | Where the island or cut through median 6'-0" minimum wide or greater a compliant detectable warning is provided? | 11B-705.1.2.3 | 11B-705.1.2.3 | NA | NA | **Barrier:** The island or cut-through median is less than 6'-0" and a detectable warning is provided where it is not required providing incorrect information to persons with visual disability.<br><br>**Barrier Removal:** Remove the detectable warning.<br><br>**Photos: 6372, 6374 & 6375** |

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 26 | Accessible route - Slope | Is the slope in the path of travel not more than 1:20? Where the slope exceeds 1:20 does the route comply with the requirements for a ramp? | 11B-403.3 & DSA Advisory | 11B-403.3 & DSA Advisory | 4.3.7 | 403.3 | **Barrier:** The slope at the cut-through island exceeds 1:20; measured at 5.6%.<br><br>**Barrier Removal:** Remove and replace with a route that does not exceed 1:20.<br><br>**Photos: 6372 & 6373** |
| 27 | Accessible route - Slope | Is the slope in the path of travel not more than 1:20? Where the slope exceeds 1:20 does the route comply with the requirements for a ramp? | 11B-403.3 & DSA Advisory | 11B-403.3 & DSA Advisory | 4.3.7 | 403.3 | **Barrier:** The slope at the gutter exceeds 1:20; measured at 5.6%.<br><br>**Barrier Removal:** Remove and replace the gutter with a slope that does not exceed 1:20.<br><br>**Photos: 6377 & 6378** |

**Accessible Parking Spaces APS3, APS4 & APS5 – Surface Parking Lot & Path of Travel to Shopping Center**

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 28 | Accessible Parking – Width of Spaces | Is the width of the accessible parking space not less than 9'-0" and access aisle not less than 5'-0" for a standard accessible space and 8'-0" for a van accessible space? | 11B-502.2 | 11B-502.2 | NA | NA | **Barrier:** The width of the accessible parking space APS4 is less than 9'-0" and access aisle serving APS3 (a van space) and APS4 is less than 8'-0".<br><br>**Barrier Removal:** Restripe the accessible parking spaces and access aisle to be compliant.<br><br>**Photos: 6390 thru 6395** |
| 29 | Accessible Parking - Slope | Is the slope at the accessible spaces and access aisle not more than 1:48 in any direction? | 11B-502.4 | 11B-502.4 | 4.6.3 | 502.4 | **Barrier:** The slope at the accessible parking spaces and the access aisle exceeds 1:48; measured up to 3.8%.<br><br>**Barrier Removal:** Overlay or remove and replace the paving as required to provide a slope not more than 1:48 in any directions throughout the accessible parking spaces and the access aisle.<br><br>**Photos: 6400 thru 6403; 6411 & 6412, 6416 thru 6418** |
| 30 | Accessible Parking – Detectable Warning | Are detectable warnings provided in the required locations? | 11B-247.1.2 | 11B-247.1.2 | 4.29 | 705 | **Barrier:** A detectable warning is located at the back of the access aisle. This is not a required location for a detectable warning and will provide a person with visual disabilities incorrect information about the location of safe and hazardous areas.<br><br>**Barrier Removal:** Remove the detectable warning at the back of the access aisle.<br><br>**Photos: 6383 & 6386** |

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 31 | Accessible Parking – Length of Spaces | Is the length of the accessible parking and access aisle not less than 18'-0"? | 11B-502.2 | 11B-502.2 | NA | NA | **Barrier:** The length of the access aisle is less than 18'-0"; the landscape planter encroaches into the required length.<br><br>**Barrier Removal:** Remove/relocate the landscape planter to provide a fully compliant access aisle the full required width and length.<br><br>**Photos: 6387** |
| 32 | Island or Cut-Through Median – Detectable Warning | Where the island or cut through median 6'-0" minimum wide or greater a compliant detectable warning is provided? | 11B-705.1.2.3 | 11B-705.1.2.3 | NA | NA | **Barrier:** The island or cut-through median is less than 6'-0" and a detectable warning is provided where it is not required providing incorrect information to persons with visual disability.<br><br>**Barrier Removal:** Remove the detectable warning.<br><br>**Photos: 6419 & 6421** |
| 33 | Accessible - Components | Does the accessible route consist of one or more of the acceptable components identified in the applicable requirements? | 11B-402.2 | 11B-402.2 | 3.5 | 402.2 | **Barrier:** The accessible includes a passenger loading zone which allows a vehicle to block the accessible route.  A passenger loading zone is not one of the acceptable elements of an accessible route.<br><br>**Barrier Removal:** Relocate the accessible route so it does not pass through the vehicle loading zone or relocate the vehicle loading zone, so it is not included as part of the accessible route.<br><br>**Photos:  6421 thru 6424.** |
| **Accessible Parking Spaces APS6 & APS7 – Surface Parking Lot & Path of Travel to Shopping Center** | | | | | | | |
| 34 | Accessible Parking - Slope | Is the slope at the accessible spaces and access aisle not more than 1:48 in any direction? | 11B-502.4 | 11B-502.4 | 4.6.3 | 502.4 | **Barrier:** The slope at the access aisle exceeds 1:48; measured up to 3.5%.<br><br>**Barrier Removal:** Overlay or remove and replace the paving as required to provide a slope not more than 1:48 in any directions throughout the accessible parking spaces and the access aisle.<br><br>**Photos:  6436 thru 6439, 6443 thru 6446** |
| 35 | Island or Cut-Through Median – Detectable Warning | Where the island or cut through median 6'-0" minimum wide or greater a compliant detectable warning is provided? | 11B-705.1.2.3 | 11B-705.1.2.3 | NA | NA | **Barrier:** The island or cut-through median is less than 6'-0" and a detectable warning is provided where it is not required providing incorrect information to persons with visual disability.<br><br>**Barrier Removal:** Remove the detectable warning.<br><br>**Photos: 6445** |

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------|-------|--------------------|-------------------------------------|
| 36 | Cross Walk – Cross Slope | Is the cross slope at the accessible route not more than 1:48? | 11B-403.3 | 11B.403.3 | 4.3.7 | 403.3 | **Barrier:** The cross slope exceeds 1:48; measured up to 4.1%. **Barrier Removal:** Overlay or remove and replace the paving as required to provide a cross slope not more than 1:48. **Photos: 6449 thru 6464** |
| 37 | Accessible - Components | Does the accessible route consist of one or more of the acceptable components identified in the applicable requirements? | 11B-402.2 | 11B-402.2 | 3.5 | 402.2 | **Barrier:** The accessible includes a passenger loading zone which allows a vehicle to block the accessible route.  A passenger loading zone is not one of the acceptable elements of an accessible route. **Barrier Removal:** Relocate the accessible route so it does not pass through the vehicle loading zone or relocate the vehicle loading zone, so it is not included as part of the accessible route. **Photos:  6454 & 6456.** |
| **Accessible Parking Spaces APS8 & APS9 – Surface Parking Lot & Path of Travel to Shopping Center** | | | | | | | |
| 38 | Accessible Parking - Slope | Is the slope at the accessible spaces and access aisle not more than 1:48 in any direction? | 11B-502.4 | 11B-502.4 | 4.6.3 | 502.4 | **Barrier:** The slope at the accessible parking spaces and access aisle exceeds 1:48; measured up to 8.0%. **Barrier Removal:** Overlay or remove and replace the paving as required to provide a slope not more than 1:48 in any directions throughout the accessible parking spaces and the access aisle. **Photos:  6487 thru 6496, 6502 thru 6515** |
| 39 | Island or Cut-Through Median – Detectable Warning | Where the island or cut through median 6'-0" minimum wide or greater a compliant detectable warning is provided? | 11B-705.1.2.3 | 11B-705.1.2.3 | NA | NA | **Barrier:** The island or cut-through median is less than 6'-0" and a detectable warning is provided where it is not required providing incorrect information to persons with visual disability. **Barrier Removal:**  Remove the detectable warning. **Photos: 6471** |
| 40 | Cross Walk – Cross Slope | Is the cross slope at the accessible route not more than 1:48? | 11B-403.3 | 11B.403.3 | 4.3.7 | 403.3 | **Barrier:**  The cross slope exceeds 1:48; measured up to 2.6%. **Barrier Removal:** Overlay or remove and replace the paving as required to provide a cross slope not more than 1:48. **Photos: 6517 & 6518** |

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------|-------|--------------------|-------------------------------------|
| 41 | Accessible - Components | Does the accessible route consist of one or more of the acceptable components identified in the applicable requirements? | 11B-402.2 | 11B-402.2 | 3.5 | 402.2 | **Barrier:** The accessible includes a passenger loading zone which allows a vehicle to block the accessible route. A passenger loading zone is not one of the acceptable elements of an accessible route.<br><br>**Barrier Removal:** Relocate the accessible route so it does not pass through the vehicle loading zone or relocate the vehicle loading zone, so it is not included as part of the accessible route.<br><br>**Photos: 6472, 6516 & 6521** |
| 42 | Accessible Route – Cross Slope | Is the cross slope at the accessible route not more than 1:48? | 11B-403.3 | 11B.403.3 | 4.3.7 | 403.3 | **Barrier:** The cross slope exceeds 1:48; measured up to 2.6%.<br><br>**Barrier Removal:** Overlay or remove and replace the paving as required to provide a cross slope not more than 1:48.<br><br>**Photos: 6521 thru 6528** |
| **Accessible Parking Spaces APS10 & AP11 – Surface Parking Lot & Path of Travel to Shopping Center** | | | | | | | |
| 43 | Accessible Parking - Marking | Is each accessible parking space marked with an International Symbol of Accessibility in white on a blue background and 36" x 36" minimum | 11B-502.6.4.1 | 11B-502.6.4.1 | NA | NA | **Barrier:** The pavement marking has not been maintained and is not readable.<br><br>**Barrier Remove:** Restripe and provide the required pavement markings and maintain over time in a compliant condition.<br><br>**Photos: 6529 & 6530 6537** |
| 44 | Access Aisle - Marking | Are access aisles marked by a blue painted border line with hatched lines 36" on center maximum in white or blue? | 11B-502.3.3 | 11B-502.3.3 | NA | 502.3.3 | **Barrier:** The access aisles are not marked by a blue painted border and the diagonal hatch marking has not been maintained.<br><br>**Barrier Remove:** Restripe and provide the required pavement markings and maintain over time in a compliant condition.<br><br>**Photos: 6532 & 6533** |
| 45 | Accessible Parking - Slope | Is the slope at the accessible spaces and access aisle not more than 1:48 in any direction? | 11B-502.4 | 11B-502.4 | 4.6.3 | 502.4 | **Barrier:** The slope at the accessible parking spaces and access aisle exceeds 1:48; measured up to 17.3%.<br><br>**Barrier Removal:** Overlay or remove and replace the paving as required to provide a slope not more than 1:48 in any directions throughout the accessible parking spaces and the access aisle. Address drainage as required to relocate the drain inlet and eliminate the gutter from the accessible spaces and access aisle.<br><br>**Photos: 6545 thru 6556** |

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 46 | Detectable Warning – Hazardous Vehicle Areas | Where a walk crosses or adjoins a vehicular way and the walk surfaces is not separated between the pedestrian way and the vehicle areas, is the boundary defined by a continuous detectable warning? | 11B-247.1.2.5 | 11B-247.1.2.5 | NA | NA | **Barrier:** The required detectable warning is not provided.<br><br>**Barrier Removal:** Provide the required detectable warning.<br><br>**Photos: 6549** |
| 47 | Accessible route - Slope | Is the slope in the path of travel not more than 1:20? Where the slope exceeds 1:20 does the route comply with the requirements for a ramp? | 11B-403.3 & DSA Advisory | 11B-403.3 & DSA Advisory | 4.3.7 | 403.3 | **Barrier:** The slope at the gutter exceeds 1:20; measured at 5.6%.<br><br>**Barrier Removal:** Remove and replace the gutter with a slope that does not exceed 1:20.<br><br>**Photos: 6584 thru 6587** |
| 48 | Curb Ramp - Slope | Is the slope of the ramp not more than 1:12 (8.33%)? | 11B-406.2.1 | 11B-406.2.1 | 4.8.2 | 405.2 | **Barrier:** The ramp slope exceeds 1:12; measured up to 11.1%.<br><br>**Barrier Removal:** Replace the ramp surface and provide a maximum slope not more than 1:12 (8.33%).<br><br>**Photos: 6588 thru 6591** |

## Accessible Parking Spaces APS12 – Surface Parking Lot & Path of Travel to Shopping Center

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 49 | Accessible Parking - Slope | Is the slope at the accessible spaces and access aisle not more than 1:48 in any direction? | 11B-502.4 | 11B-502.4 | 4.6.3 | 502.4 | **Barrier:** The slope at the accessible parking spaces and access aisle exceeds 1:48; measured up to 4.3%.<br><br>**Barrier Removal:** Overlay or remove and replace the paving as required to provide a slope not more than 1:48 in any directions throughout the accessible parking spaces and the access aisle.<br><br>**Photos: 6568 thru 6575, 6582 & 6583** |
| 50 | Accessible Parking – Length of Spaces | Is the length of the accessible parking and access aisle not less than 18'-0"? | 11B-502.2 | 11B-502.2 | NA | NA | **Barrier:** The length of the access aisle is less than 18'-0"; bollards to protect the adjacent electric vehicle charging stations encroach into the required clear space of the accessible parking space and access aisle<br><br>**Barrier Removal:** Reconfigure the accessible parking space so the protection bollards do not encroach into the required minimum length of the accessible parking space and access aisle.<br><br>**Photos: 65686579** |

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| **Electric Vehicle Charging Stations** | | | | | | | |
| 51 | Electric Vehicle Charging Stations – Minimum Number | If electric vehicle charging stations were submitted for permit after January 1, 2017, is the minimum number of accessible electric vehicle charging stations provided? | 11B-228.3 | 11B-228.3 | NA | NA | **Barrier:** No accessible electric vehicle charging stations are provided.<br><br>**Barrier Removal:** If the existing electric vehicle charging stations (EVCS) were submitted for permit after January 1, 2017 then accessible EVCS are required.<br><br>**Photos: 6567 thru 6580** |
| **Parking Garage Macy's Entry** | | | | | | | |
| **Electric Vehicle Charging Stations** | | | | | | | |
| 52 | Electric Vehicle Charging Stations – Minimum Number | If electric vehicle charging stations were submitted for permit after January 1, 2017, is the minimum number of accessible electric vehicle charging stations provided? | 11B-228.3 | 11B-228.3 | NA | NA | **Barrier: There is a total of 21** accessible electric vehicle charging stations are provided at the parking garage; no accessible electric vehicle charging stations are provided.<br><br>**Barrier Removal:** If the existing electric vehicle charging stations (EVCS) were submitted for permit after January 1, 2017 then accessible EVCS are required.<br><br>**Photos:  6593 thru 6595** |
| **Parking Garage – Accessible Parking Spaces** | | | | | | | |
| 53 | Accessible Parking Spaces – Minimum Number | Is the minimum number of accessible parking spaces provided? | 11B-208.2 | 11B-208.2 | 4.1.2(5)(a) | 208.2 | **Barrier:** There are a total of 1700 parking spaces in the parking structure.  The minimum number of accessible parking spaces required is 20 plus 1 for each additional 100 spaces or fraction there of which equals 27 accessible parking spaces. A total of 13 accessible parking spaces are provided at this parking structure.<br><br>**Barrier Remove:**  Reconfigure the parking as required to provide the minimum number of accessible spaces required and provide a compliant accessible route of travel to the shopping center.<br><br>**Photos: No Photo** |

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------|-------|--------------------|-------------------------------------|
| 54 | Accessible Parking Spaces – Minimum Number Van Spaces | Is the minimum number of van accessible parking spaces provided? | 11B-208.2.4 | 11B-208.2.4 | 4.1.2(5)(b) | 208.2.4 | **Barrier:** At least 5 van accessible parking spaces are required, only 2 van accessible spaces are provided.<br><br>**Barrier Removal:** Reconfigure the parking as required to provide the minimum number of accessible spaces required and provide a compliant accessible route of travel to the shopping center.<br><br>**Photos:** No Photo |
| **Accessible Parking Spaces APS13, APS14, APS15 & APS16 (VAN) – Parking Garage and Path of Travel within the Garage** | | | | | | | |
| 55 | Access Aisle - Marking | Are access aisles marked by a blue painted border line with hatched lines 36" on center maximum in white or blue? | 11B-502.3.3 | 11B-502.3.3 | NA | 502.3.3 | **Barrier:**  The access is not marked by a blue painted border.<br><br>**Barrier Remove:** Restripe so the access aisle is marked on all 4-sides by a blue painted border.<br><br>**Photos:  6599, 6604, 6607 & 6610** |
| 56 | Access Aisle Marking | Are the words "NO PARKING" painted in 12" high white letters and located so it is visible from the adjacent vehicular way? | 11B-502.3.3 | 11B-502.3.3 | NA | 502.3.3 | **Barrier:**  The words "NO PARKING" are not located as required.<br><br>**Barrier Removal:** Restripe so the access aisle so the words "NO PARKING" are painted in 12" high white letters at the back of the access aisle so it is clearly visible from the adjacent vehicular way.<br><br>**Photos:  6599, 6604, 6607 & 6610** |
| 57 | Accessible Parking – Length of Spaces | Is the length of the accessible parking and access aisle not less than 18'-0"? | 11B-502.2 | 11B-502.2 | NA | NA | **Barrier:** The length of the access aisle is less than 18'-0"; the building column encroaches into the required length.<br><br>**Barrier Removal:** Relocate the accessible parking space as required so the building column does not encroach into the required clear ground space.<br><br>**Photos: 6610 thru 6616** |
| 58 | Accessible Parking Spaces - Width | Is the width of an accessible parking space not less than 9'-0" (108")?  At a van accessible space, when the access aisle is 60" wide is the minimum width not less than 144"? | 11B-502.2 | 11B-502.2 | ADAAG Fig. 9 | 502.2 | **Barrier:**  The width of the parking spaces is typically less than 108".<br><br>**Barrier Removal:** Restripe the accessible parking spaces so the minimum width is not less than 108". At a van accessible parking space, when the access aisle is less than 96" wide, the width of the accessible parking space shall be not less than 144".<br><br>**Photos:  6617 thru 6633** |

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 59 | Access Aisle - Width | Is the width of an access not less than 5'-0" (60")? At a van accessible space, when the accessible parking space is less than 12'-0" (144") wide, is the aisle not less than 8'-0" (96")? | 11B-502.3.1 | 11B-502.3.1 | ADAAG Fig. 9 | 502.3.1 | **Barrier:** The width of the access aisle is typically less than 60". The width of the access aisle serving the van accessible parking space is compliant.<br><br>**Barrier Removal:** Restripe the access aisles so the minimum width is not less than 60".  At a van accessible parking space, when the access aisle is less than 144" wide, the width of the accessible parking space shall be not less than 96".<br><br>**Photos: 6617 thru 6633** |
| 60 | Accessible Parking - Slope | Is the slope at the accessible spaces and access aisle not more than 1:48 in any direction? | 11B-502.4 | 11B-502.4 | 4.6.3 | 502.4 | **Barrier:** The slope at the accessible parking spaces and access aisle exceeds 1:48; measured up to 4.4%.<br><br>**Barrier Removal:** Grind and/or grind and overlay the ground surface as required to provide a slope not more than 1:48 in any directions throughout the accessible parking spaces and the access aisle.<br><br>**Photos: 6634 thru 6650** |
| 61 | Ground Surface - Openings | Are opening sized so that a sphere greater than 1/2" in diameter cannot pass through? | 11B-302.2 | 11B-302.3 | 4.5.4 | 302.3 | **Barrier:**  The grate openings exceed 1/2" in width.<br><br>**Barrier Removal:**  Replace grates with grate with compliant openings not more than 1/2" in width.<br><br>**Photos:  6642, 6644 thru 6646** |
| | | **Accessible Parking Spaces APS17, APS18, APS19, APS20 & APS21 – Parking Garage and Path of Travel within the Garage** | | | | | |
| 62 | Access Aisle - Marking | Are access aisles marked by a blue painted border line with hatched lines 36" on center maximum in white or blue? | 11B-502.3.3 | 11B-502.3.3 | NA | 502.3.3 | **Barrier:**  The access aisles are not marked by a blue painted border.<br><br>**Barrier Remove:** Restripe so the access aisle is marked on all 4-sides by a blue painted border.<br><br>**Photos:  6654, 6657, 6660, 6663** |
| 63 | Access Aisle Marking | Are the words "NO PARKING" painted in 12" high white letters and located so it is visible from the adjacent vehicular way? | 11B-502.3.3 | 11B-502.3.3 | NA | 502.3.3 | **Barrier:**  The words "NO PARKING" are not located as required.<br><br>**Barrier Remove:** Restripe so the access aisle so the words "NO PARKING" are painted in 12" high white letters at the back of the access aisle so it is clearly visible from the adjacent vehicular way.<br><br>**Photos:  6654, 6657, 6660, 6663** |

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 64 | Accessible Parking – Length of Spaces | Is the length of the accessible parking and access aisle not less than 18'-0"? | 11B-502.2 | 11B-502.2 | NA | NA | **Barrier:** The length of the access aisle is less than 18'-0"; measured at 17'-5 1/2". <br><br> **Barrier Removal:** Restripe the accessible parking and access aisles as required to provide a minimum 18'-0" length. <br><br> **Photos: 6666 thru 6669** |
| 65 | Accessible Parking Spaces - Width | Is the width of an accessible parking space not less than 9'-0" (108")?  At a van accessible space, when the access aisle is 60" wide is the minimum width not less than 144"? | 11B-502.2 | 11B-502.2 | ADAAG Fig. 9 | 502.2 | **Barrier:**  The width of the parking spaces is typically less than 108". <br><br> **Barrier Removal:** Restripe the accessible parking spaces so the minimum width is not less than 108". <br><br> **Photos:  6670 thru 6687** |
| 66 | Access Aisle - Width | Is the width of an access not less than 5'-0" (60")? At a van accessible space, when the accessible parking space is less than 12'-0" (144") wide, is the aisle not less than 8'-0" (96")? | 11B-502.3.1 | 11B-502.3.1 | ADAAG Fig. 9 | 502.3.1 | **Barrier:**  The width of the access aisle is typically less than 60". <br><br> **Barrier Removal:** Restripe the access aisles so the minimum width is not less than 60".  **Photos:  6670 thru 6687** |
| 67 | Accessible Parking - Slope | Is the slope at the accessible spaces and access aisle not more than 1:48 in any direction? | 11B-502.4 | 11B-502.4 | 4.6.3 | 502.4 | **Barrier:** The slope at the accessible parking spaces and access aisle exceeds 1:48; measured up to 2.6%. <br><br> **Barrier Removal:** Grind and/or grind and overlay the ground surface as required to provide a slope not more than 1:48 in any directions throughout the accessible parking spaces and the access aisle. <br><br> **Photos: 6688 & 6689** |
| 68 | Electric Vehicle Charging Stations – Minimum Number | If electric vehicle charging stations were submitted for permit after January 1, 2017, is the minimum number of accessible electric vehicle charging stations provided? | 11B-228.3 | 11B-228.3 | NA | NA | **Barrier:** Electric vehicle charging station equipment is provided at APS21; however, it does not comply with requirement that EVCS are not parking spaces. No accessible electric vehicle charging stations are provided. <br><br> **Barrier Removal:** If the space is to be an EVCS than it cannot be counted as part of the accessible parking provided. If the existing electric vehicle charging stations (EVCS) were submitted for permit after January 1, 2017 then accessible EVCS are required. <br><br> **Photos: 6696 & 6697** |

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------|-------|--------------------|-----------------------------------|
| **Accessible Parking Spaces APS22 (VAN), APS23, APS24 & APS25 – Parking Garage and Path of Travel within the Garage** | | | | | | | |
| 69 | Electric Vehicle Charging Stations – Minimum Number | If electric vehicle charging stations were submitted for permit after January 1, 2017, is the minimum number of accessible electric vehicle charging stations provided? | 11B-228.3 | 11B-228.3 | NA | NA | **Barrier:** Electric vehicle charging station equipment is provided at APS22; however, it does not comply with requirement that EVCS are not parking spaces. No accessible electric vehicle charging stations are provided.<br><br>**Barrier Removal:** If the space is to be an EVCS then it cannot be counted as part of the accessible parking provided. If the existing electric vehicle charging stations (EVCS) were submitted for permit after January 1, 2017 then accessible EVCS are required.<br><br>**Photos: 6696 & 6697** |
| 70 | Access Aisle - Marking | Are access aisles marked by a blue painted border line with hatched lines 36" on center maximum in white or blue? | 11B-502.3.3 | 11B-502.3.3 | NA | 502.3.3 | **Barrier:** The access aisles are not marked by a blue painted border.<br><br>**Barrier Remove:** Restripe so the access aisle is marked on all 4-sides by a blue painted border.<br><br>**Photos: 6703, 6709** |
| 71 | Access Aisle Marking | Are the words "NO PARKING" painted in 12" high white letters and located so it is visible from the adjacent vehicular way? | 11B-502.3.3 | 11B-502.3.3 | NA | 502.3.3 | **Barrier:** The words "NO PARKING" are not located as required.<br><br>**Barrier Remove:** Restripe so the access aisle so the words "NO PARKING" are painted in 12" high white letters at the back of the access aisle so it is clearly visible from the adjacent vehicular way.<br><br>**Photos: 6703, 6709** |
| 72 | Accessible Parking – Length of Spaces | Is the length of the accessible parking and access aisle not less than 18'-0"? | 11B-502.2 | 11B-502.2 | NA | NA | **Barrier:** The length of the access aisle is less than 18'-0"; measured at 17'-5 1/2".<br><br>**Barrier Removal:** Restripe the accessible parking and access aisles as required to provide a minimum 18'-0" length.<br><br>**Photos: 6666 thru 6669 sim.** |
| 73 | Accessible Parking Spaces - Width | Is the width of an accessible parking space not less than 9'-0" (108")?  At a van accessible space, when the access aisle is 60" wide is the minimum width not less than 144"? | 11B-502.2 | 11B-502.2 | ADAAG Fig. 9 | 502.2 | **Barrier:** The width of the parking spaces is typically less than 108".<br><br>**Barrier Removal:** Restripe the accessible parking spaces so the minimum width is not less than 108".<br><br>**Photos: 6712 thru 6724** |

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------|-------|--------------------|-------------------------------------|
| 74 | Access Aisle - Width | Is the width of an access not less than 5'-0" (60")? At a van accessible space, when the accessible parking space is less than 12'-0" (144") wide, is the aisle not less than 8'-0" (96")? | 11B-502.3.1 | 11B-502.3.1 | ADAAG Fig. 9 | 502.3.1 | **Barrier:** The width of the access aisle is typically less than 60". <br><br>**Barrier Removal:** Restripe the access aisles so the minimum width is not less than 60". <br><br>**Photos: 6712 thru 6724** |
| 75 | Accessible Parking - Slope | Is the slope at the accessible spaces and access aisle not more than 1:48 in any direction? | 11B-502.4 | 11B-502.4 | 4.6.3 | 502.4 | **Barrier:** The slope at the accessible parking spaces and access aisle exceeds 1:48; measured up to 3.2%. <br><br>**Barrier Removal:** Grind and/or grind and overlay the ground surface as required to provide a slope not more than 1:48 in any directions throughout the accessible parking spaces and the access aisle. <br><br>**Photos: 6726 & 6731** |
| **Parking Garage Across from Neiman Marcus** | | | | | | | |
| 76 | Accessible Parking Spaces – Minimum Number | Is the minimum number of accessible parking spaces provided? | 11B-208.2 | 11B-208.2 | 4.1.2(5)(a) | 208.2 | **Barrier:** There are a total of 90 parking spaces in the parking structure.  The minimum number of accessible parking spaces required is 2% of the total which equals 18 accessible parking spaces. A total of 8 accessible parking spaces are provided at this parking structure. <br><br>**Barrier Remove:**  Reconfigure the parking as required to provide the minimum number of accessible spaces required and provide a compliant accessible route of travel to the shopping center. <br><br>**Photos:  6783** |
| 77 | Accessible Parking Spaces – Minimum Number Van Spaces | Is the minimum number of van accessible parking spaces provided? | 11B-208.2.4 | 11B-208.2.4 | 4.1.2(5)(b) | 208.2.4 | **Barrier:** At least 3 van accessible parking spaces are required, only one van accessible space is provided. <br><br>**Barrier Removal:**  Reconfigure the parking as required to provide the minimum number of accessible spaces required and provide a compliant accessible route of travel to the shopping center. <br><br>**Photos: 6783** |

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------|-------|--------------------|--------------------------------------|
| **Accessible Parking Spaces APS26 (VAN), APS27 (VAN) & APS28 – Parking Garage and Path of Travel within the Garage** | | | | | | | |
| 79 | Access Aisle - Marking | Are access aisles marked by a blue painted border line with hatched lines 36" on center maximum in white or blue? | 11B-502.3.3 | 11B-502.3.3 | NA | 502.3.3 | **Barrier:** The access is not marked by a blue painted border.<br><br>**Barrier Remove:** Restripe so the access aisle is marked on all 4-sides by a blue painted border.<br><br>**Photos: 6654, 6657, 6660, 6663** |
| 80 | Access Aisle Marking | Are the words "NO PARKING" painted in 12" high white letters and located so it is visible from the adjacent vehicular way? | 11B-502.3.3 | 11B-502.3.3 | NA | 502.3.3 | **Barrier:** The words "NO PARKING" are not located as required.<br><br>**Barrier Remove:** Restripe so the access aisle so the words "NO PARKING" are painted in 12" high white letters at the back of the access aisle so it is clearly visible from the adjacent vehicular way.<br><br>**Photos: 6654, 6657, 6660, 6663** |
| 81 | Accessible Parking – Detectable Warning | Are detectable warnings provided in the required locations? | 11B-247.1.2 | 11B-247.1.2 | 4.29 | 705 | **Barrier:** A detectable warning is located at the back of the access aisle. This is not a required location for a detectable warning and will provide a person with visual disabilities incorrect information about the location of safe and hazardous areas.<br><br>**Barrier Removal:** Remove the detectable warning at the back of the access aisle.<br><br>**Photos: 6753 & 6756; 6760** |
| 82 | Van Accessible Parking Space – Access Aisle | Is the access aisle of the identified van accessible space located on the passenger side of the vehicle? | 11B-502.3.4 | 11B-502.3.4 | NA | 502.3.4 | **Barrier:** Accessible Parking Space APS27 is identified as a van accessible space; however, the access aisle is not located on the passenger side of the vehicle.<br><br>**Barrier Removal:** Remove the sign indicating "VAN ACCESSIBLE" and provide as a standard accessible space.<br><br>**Photos: 6775 & 6776** |
| 83 | Accessible Parking - Slope | Is the slope at the accessible spaces and access aisle not more than 1:48 in any direction? | 11B-502.4 | 11B-502.4 | 4.6.3 | 502.4 | **Barrier:** The slope at the accessible parking spaces and access aisle exceeds 1:48; measured up to 2.9%.<br><br>**Barrier Removal:** Grind and/or grind and overlay the ground surface as required to provide a slope not more than 1:48 in any directions throughout the accessible parking spaces and the access aisle.<br><br>**Photos: 6776 thru 6781** |

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------|-------|--------------------|-------------------------------------|
| **Accessible Parking Space APS29 – Parking Garage and Path of Travel within the Garage** | | | | | | | |
| 84 | Access Aisle - Marking | Are access aisles marked by a blue painted border line with hatched lines 36" on center maximum in white or blue? | 11B-502.3.3 | 11B-502.3.3 | NA | 502.3.3 | **Barrier:** The access is not marked by a blue painted border. **Barrier Remove:** Restripe so the access aisle is marked on all 4-sides by a blue painted border. **Photos: 6787 & 6798** |
| 85 | Accessible Parking - Slope | Is the slope at the accessible spaces and access aisle not more than 1:48 in any direction? | 11B-502.4 | 11B-502.4 | 4.6.3 | 502.4 | **Barrier:** The slope at the accessible parking spaces and access aisle exceeds 1:48; measured up to 2.8%. **Barrier Removal:** Grind and/or grind and overlay the ground surface as required to provide a slope not more than 1:48 in any directions throughout the accessible parking spaces and the access aisle. **Photos: 6798 thru 6799** |
| **Accessible Parking Space APS29, APS30, APS31 & APS32 – Parking Garage and Path of Travel within the Garage** | | | | | | | |
| 86 | Access Aisle - Marking | Are access aisles marked by a blue painted border line with hatched lines 36" on center maximum in white or blue? | 11B-502.3.3 | 11B-502.3.3 | NA | 502.3.3 | **Barrier:** The access aisles are not marked by a blue painted border. **Barrier Remove:** Restripe so the access aisle is marked on all 4-sides by a blue painted border. **Photos: 6803 & 6804, 6811 & 6812** |
| 87 | Accessible Parking - Slope | Is the slope at the accessible spaces and access aisle not more than 1:48 in any direction? | 11B-502.4 | 11B-502.4 | 4.6.3 | 502.4 | **Barrier:** The slope at the accessible parking spaces and access aisle exceeds 1:48; measured up to 5.7%. **Barrier Removal:** Grind and/or grind and overlay the ground surface as required to provide a slope not more than 1:48 in any directions throughout the accessible parking spaces and the access aisle. Eliminate the gutter from the accessible parking space **Photos: 6831 thru 6858** |

| Item | Element | Item Requirement | 2016 CBC | 2013 CBC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| **Shopping Center Common Use Restrooms** | | | | | | | |
| **Family Restroom – First Floor** | | | | | | | |
| 124 | Lavatory Counter – Front Apron | Is the knee clearance at the front apron of the lavatory counter not less than 29"? | 11B-606.2 & 11B-306.3.1 | 11B-606.2 & 11B-306.3.1 | 4.19.2 & Figure 31 | NA | **Barrier:** The front apron is less than 29" above the floor; measured at 27" AFF. **Barrier Removal:** Modify the lavatory counter to provide a knee clearance at the front apron of not less than 29" AFF. **Photos: 7066 thru 7068** |
| 125 | Dispensers | Is the toilet paper dispenser centered 7" to 9" in front of the toilet? | 11B-604.7 | 11B-604.7 | 4.16.6 | 604.7 | **Barrier:** The dispenser is an oversized dual roll unit. There are 2 dispenser outlets neither of which is 7" to 9" from the front of the toilet to the dispenser outlet. **Barrier Removal:** Replace with an oversized single roll unit. **Photos: 7065** |
| **Men's Restroom – First Floor** | | | | | | | |
| 126 | Lavatory Counter – Front Apron | Is the knee clearance at the front apron of the lavatory counter not less than 29"? | 11B-606.2 & 11B-306.3.1 | 11B-606.2 & 11B-306.3.1 | 4.19.2 & Figure 31 | NA | **Barrier:** The front apron is less than 29" above the floor; measured at 27-1/4" AFF. **Barrier Removal:** Modify the lavatory counter to provide a knee clearance at the front apron of not less than 29" AFF. **Photos: 7070 thru 7072** |
| **Men's Restroom – Second Floor near Administrative Offices** | | | | | | | |
| 127 | Power Door – Push Plate | Is the high push plate located between 30" minimum and 44" maximum above the floor | 11B-404.2.9 Exception Item (c) | 11B-404.2.9 Exception Item (c) | 4.13.12 | 404.3 | **Barrier:** The push plate is more than 44" above the floor; measured at 48" & 49" AFF. **Barrier Removal:** Lower the push plate at both sides of the door to be between 30" minimum and 44" maximum above the floor. **Photos: 7076 thru 7081** |
| 131 | Accessible Compartment – Toilet Location | Is the toilet located 17" to 18" from the side wall to the centerline of the fixture? | 11B-604.2 | 11B-604.2 | 4.16.2 & Figure 28 | 604.2 | **Barrier:** The toilet is more than 18" from the side wall to the centerline of the fixture; measured at 18-3/4". **Barrier Removal:** Relocate the toilet so it is 17" to 18" from the side wall to the centerline of the fixture. **Photos: 7092 thru 7095** |

| 132 | Accessible Compartment - Maneuvering space | Is the required 60" x 48" maneuvering space provided in front of the toilet? | 11B-604.3.1 | 11B-604.3.1 | NA | NA | **Barrier:** The required maneuvering space is not provided; measured 60" x 32-1/2".<br><br>**Barrier Removal:** Architectural evaluation and remodel required to comply.<br><br>**Photos:  7092, 7096 & 7097** |
| 134 | Accessories – Paper Towel Dispenser | Is the outlet of the dispenser not more than 40" above the floor? | 11B-603.5 | 11B-603.5 | 4.2.5 & 4.2.6 | 309 | **Barrier:** The outlet of the paper towel dispenser is more than 40" above the floor; measured at 46" AFF.<br><br>**Barrier Removal:** Lower the paper towel dispenser to a compliant height.<br><br>**Photos: 7104 thru 7106** |
| 135 | Lavatory - Height | Is the rim of the lavatory not more than 34" above the floor? | 11B-606.3 | 11B-606.3 | 4.19.2 | 606.3 | **Barrier:** The top rim of the lavatory is more than 34" above the floor; measured at 34-1/2" AFF.<br><br>**Barrier Removal:** Lower the lavatory counter so the top of the counter or rim is not more than 34" above the floor.<br><br>**Photos: 7104 & 7108** |
| 136 | Baby Changing Station - Height | Is the baby changing station not more than 34" above the floor to the top of the table lip? | 11B-226.4 & 11B-902 | 11B-226.4 & 11B-902 | 4.32.4 | 226.4 & 902 | **Barrier:** The top of the baby changing table is more than 34" above the floor; measured at 34-5/8" above the floor.<br><br>**Barrier Removal:** The baby changing table sits on top of the lavatory counter. Lower/reconfigure the counter as required to provide the top of the baby changing table at not more than 34" above the floor and provide the required clear knee space.<br><br>**Photos: 7111 thru 7115** |
| 137 | Baby Changing Station – Operable Parts | Is the baby changing station operable without tight gripping, pinching or twisting of the wrist? | 11B-309 | 11B-309 | 4.27.4 | 309 | **Barrier:**  The baby changing station has a recessed pull handle which is not usable with a closed fist.<br><br>**Barrier Removal:**  Provide a "U" shaped handle to open.<br><br>**Photos: 7111 & 7114** |
| **Family Restroom – Second Floor adjacent Medical Offices** | | | | | | | |
| 138 | Lavatory Counter – Front Apron | Is the knee clearance at the front apron of the lavatory counter not less than 29"? | 11B-606.2 & 11B-306.3.1 | 11B-606.2 & 11B-306.3.1 | 4.19.2 & Figure 31 | NA | **Barrier:** The front apron is less than 29" above the floor; measured at 28-3/4" AFF.<br><br>**Barrier Removal:** Modify the lavatory counter to provide a knee clearance at the front apron of not less than 29" AFF.<br><br>**Photos:  7118 & 7119, 7121** |
| 139 | Baby Changing Counter – Front Apron | Is the knee clearance at the front apron of the lavatory counter not less than 27"? | 902.2 & 11B-306 | 11B-902.2 & 11B-306 | 4.32.3 | 902.2 & 306 | **Barrier:** The front apron is less than 27" above the floor; measured at 26-3/4" AFF.<br><br>**Barrier Removal:** Modify the lavatory counter to provide a knee clearance at the front apron of not less than 27" AFF.<br><br>**Photos: 7123 thru 7125** |

| 140 | Rear Grab Bar – Clearance | Is the space between the wall and the grab bar maintained at 1-1/2"? | 11B-609.3 | 11B-609.3 | 4.26.2 | 609.3 | **Barrier:** The control plate for the toilet is mounted behind the rear wall grab bar reducing the required 1-1/2" space to 1"<br><br>**Barrier Removal:** Remove and relocate the toilet control plate to a compliant location.<br><br>**Photos: 7127 & 7128** |
| 141 | Dispensers | Is the toilet paper dispenser centered 7" to 9" in front of the toilet? | 11B-604.7 | 11B-604.7 | 4.16.6 | 604.7 | **Barrier:** The dispenser is an oversized dual roll unit. There are 2 dispenser outlets neither of which is 7" to 9" from the front of the toilet to the dispenser outlet.<br><br>**Barrier Removal:** Replace with an oversized single roll unit.<br><br>**Photos: 7065** |